# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff**

vs.                                                  Case No. 1:07cv169-MP/AK

**1998 COACHMEN SANTARA**
**RECREATIONAL VEHICLE**

    **Defendant**

_____/

## DECREE OF FORFEITURE

This matter is before the Court on Doc. 13, Joint Motion to Lift Stay Combined with Consent to Forfeiture, filed by the United States of America. On September 11, 2007, a Verified Complaint of Forfeiture In Rem against the defendant property was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to 18 U.S.C. §§ 981 (a)(1)(A) and 981 (a)(1)(C).

It appears that process was fully issued in this action according to law:

That a Notice of Forfeiture Action was published in the Gainesville Sun once per week for three consecutive weeks beginning on October 18, 2007, pursuant to Rule G (4)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions (Doc. 6).

That owner of defendant property, Robert Krasnow and/or H.C. Healthcare Inc., and the government have entered an agreement in which Robert Krasnow and/or H.C. Healthcare Inc. agree to the forfeiture of the 1998 Coachmen Santara Recreational Vehicle, but admit no wrong doing.

The parties have agreed that should the United States Attorney's Office, Northern District of Florida, obtain any judgment or fine in a civil or criminal case that results from the facts giving

rise to the forfeiture, claimant Robert Krasnow and/or H.C. Healthcare Inc. shall receive credit in an amount equal to the net proceeds from the sale of the defendant property.

That no person or entity has filed a verified claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, it is hereby

**ORDERED AND ADJUDGED:**

1. The stay in this case shall be lifted.

2. The 1998 Coachmen Santara Recreational Vehicle shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. Should the United States Attorney's Office, Northern District of Florida, obtain any judgment or fine in a civil or criminal case that results from the facts giving rise to the forfeiture, claimant Robert Kransow and/or H.C. Healthcare Inc. shall receive credit in an amount equal to the net proceeds from the sale of the defendant property. The 1998 Coachmen Santara Recreational Vehicle shall be disposed of according to law.

**DONE AND ORDERED** this _24th_ day of September, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge